IN THE SUPREME COURT OF THE STATE OF DELAWARE

ZYKEEM FIELDS, §
§
    Defendant Below, § No. 486, 2023
    Appellant, §
§ Court Below—Superior Court
    v. § of the State of Delaware
§
STATE OF DELAWARE, § Cr. ID No. 2210000693 (N)
§
    Appellee. §

Submitted: March 12, 2024
Decided: March 26, 2024

## ORDER

On December 27, 2023, the appellant, Zykeem Fields, filed a notice of appeal from a Superior Court order denying his second motion for sentence modification. After Fields submitted an incomplete motion to proceed *in forma pauperis*, the Clerk's Office advised Fields to file a completed motion by February 20, 2024. Fields did not file a completed motion or pay the filing fee. He also failed to file an opening brief. On February 23, 2024, the Clerk's Office issued a notice, by certified mail, directing Fields to show cause why this appeal should not be dismissed for his failure to filed a completed motion to proceed *in forma pauperis* or to pay the filing fee. Postal records show that the notice to show cause was delivered by February 29, 2024. A timely response to the notice to show cause was due by March 11, 2024. To date, Fields has not responded to the notice to show cause, submitted a complete

motion to proceed *in forma pauperis*, or paid the filing fee.  Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice